# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3694

_____

Richard Lee Oprenchak, Jr.

*Plaintiff - Appellant*

v.

American Family Mutual Insurance Company, and its affiliates and subsidiaries

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: September 5, 2014
Filed: September 24, 2014
[Unpublished]

_____

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Richard Lee Oprenchak, Jr., appeals the district court's[1] adverse grant of summary judgment in his diversity action against his former employer, American

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

Family Mutual Insurance Company, and its affiliates and subsidiaries (American Family). Having conducted de novo review of the record and carefully considered Oprenchak's arguments for reversal,[2] we agree with the district court that Oprenchak did not adequately counter American Family's evidence showing that there were no genuine issues of material fact on Oprenchak's state law claims. See Young v. Builders Steel Co., 754 F.3d 573, 577 (8th Cir. 2014). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[2]We decline to consider the matters Oprenchak raises for the first time on appeal. See Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004).